No. —————. FUENTES *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Motion to dispense with printing petition denied. *Snider* v. *All State Administrators, Inc.,* 414 U. S. 685 (1974).

No. 73–1808. LAING *v.* UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 419 U. S. 824];
No. 74–75. UNITED STATES ET AL. *v.* HALL. C. A. 6th Cir. [Certiorari granted, 419 U. S. 824]; and
No. 73–7031. FOWLER *v.* NORTH CAROLINA. Sup. Ct. N. C. [Certiorari granted, 419 U. S. 963.] Cases restored to calendar for reargument.

No. 74–858. CAREY, GOVERNOR OF NEW YORK, ET AL. *v.* SUGAR ET AL.; and
No. 74–859. CURTIS CIRCULATION CO. ET AL. *v.* SUGAR ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, 421 U. S. 908.] Motion of appellants for additional time for oral argument granted and ten additional minutes allotted for that purpose. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–1287. WEINSTEIN ET AL. *v.* BRADFORD ET AL. C. A. 4th Cir. [Certiorari granted, 421 U. S. 998.] Motion for appointment of counsel granted and Howard Lesnick, Esquire, of Philadelphia, Pa., is appointed to serve as counsel for respondents in this case. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 74–1366. SCHAEFER ET AL. *v.* FIRST NATIONAL BANK OF LINCOLNWOOD ET AL.; and
No. 74–1407. RODMAN & RENSHAW *v.* SCHAEFER ET AL. C. A. 7th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.